IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

TELDIA HAYWOOD, et al.,

    Plaintiffs,

v.                              CIVIL ACTION NO. 1:19-00264

CARETTA MINERALS, LLC,
CNX GAS COMPANY LLC, and
UNKNOWN DEFENDANTS,

    Defendants.

## MEMORANDUM OPINION AND ORDER

Pending before the court is the plaintiff's Motion to Enter New Time Frame Order to Supersede the Present Time Frame Order. ECF No. 24. In support of his motion, counsel for the plaintiff requests additional time due to health and staffing problems. See id. Also pending before the court are two motions to dismiss, filed by each named defendant, see ECF Nos. 4, 7, which have been fully briefed and are ready for review by the court. The defendants do not object to an extension of deadlines for good cause shown, but move for a status conference to determine the length and appropriateness of any such extension.

Given that there are two pending motions to dismiss, the court will **HOLD** in abeyance plaintiff's Motion to Enter New Time Frame Order. ECF No. 24. If necessary, should the court deny defendants' motions to dismiss, the court will schedule a status

conference at or after which it will issue a new scheduling order.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record.

IT IS SO ORDERED this 8th day of November, 2019.

                        **ENTER:**

                        David A. Faber
                        Senior United States District Judge